IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL EDWARD WILLIS                                                                  PETITIONER
ADC #134185

V.                          5:12cv00045 JLH-JTR

RAY HOBBS, Director,                                                                RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response (docket entry #6) arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are barred by the one-year statute of limitations, are procedurally defaulted due to Petitioner's failure to properly raise them in state court, or do not state a claim for federal habeas relief. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before April 2, 2012,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 2nd DAY OF March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE