IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| **CARL EDWARD WILLIS**<br>**ADC #134185** | **PETITIONER** |
| V.   NO. 5:12-cv-00045 KGB-JTR | |
| **RAY HOBBS, Director,**<br>**Arkansas Department of Correction** | **RESPONDENT** |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. The Court granted petitioner's motion requesting an extension of time to respond to the recommended disposition on July 02, 2012 (Dkt. No. 21). After a review of those proposed findings and recommendations, and the objections received thereto, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety. Accordingly,

IT IS THEREFORE ORDERED THAT this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Dkt. No. 2) is DENIED, and that this case is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED this 10 day of September, 2012.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE