IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARL EDWARD WILLIS**  **PETITIONER**
ADC #134185

V.  NO. 5:12-cv-00045 KGB-JTR

**RAY HOBBS, Director,**  **RESPONDENT**
**Arkansas Department of Correction**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 10 day of September, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE